# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| INTEL CORPORATION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 2:08-cv-319 (CE) |
| | § | |
| NEGOTIATED DATA SOLUTIONS, INC.; ACER AMERICA CORP.; ASUS COMPUTER INTERNATIONAL, INC.; LENOVO, INC.; LENOVO GROUP LIMITED, | § § § § § § | JURY TRIAL DEMANDED |
| Defendants. | § | |
| NEGOTIATED DATA SOLUTIONS, INC. | § § § | |
| Counter Claimant, | § § | |
| v. | § § | |
| INTEL CORPORATION; ACER AMERICA CORP.; ASUS COMPUTER INTERNATIONAL, INC.; LENOVO INC.; LENOVO GROUP LIMITED, | § § § § § | |
| Counter Defendants. | | |

## UNOPPOSED MOTION TO TRANSFER SUMMARY JUDGEMENT BRIEFING AND ORDER

Negotiated Data Solutions ("N-Data") moves the Court to transfer all of the summary judgment briefing (Dkts. 40, 63, 76, 77, 78, 79, 81, 82, and 85) as well the Court's Order (Dkt. 137) ruling on the summary judgment briefing to the 2:11-cv-247 docket for purposes of the appeal that has been filed in the 2:11-cv-247 matter. Intel Corporation is not opposed to the relief requested in this motion.

DATE:  June 13, 2011

Respectfully submitted,

By:   /s/ S. Calvin Capshaw
Max L. Tribble Jr.
TX State Bar No. 20213950
SUSMAN GODFREY LLP
1000 Louisiana St., Ste. 5100
Houston, Texas 77002-5096
Telephone:   (713) 651-9366
Facsimile:   (713) 654-6694
Email:  mtribble@susmangodfrey.com

**Lead Attorney for Defendant Negotiated Data Solutions LLC**

**Of Counsel:**

S. Calvin Capshaw
State Bar No. 03783900
Email:  ccapshaw@capshawlaw.com
Elizabeth L. DeRieux
State Bar No. 05770585
Email:  ederieux@capshawlaw.com
D. Jeffrey Rambin
State Bar No. 00791478
Email:  jrambin@capshawlaw.com
CAPSHAW DERIEUX, LLP
114 E. Commerce Ave.
Gladewater, Texas 75647
Telephone:  (903) 236-9800
Facsimile:  (903) 236-8787

Anne Elizabeth Mullins
TX State Bar No. 24053378
J. Hoke Peacock , III
TX State Bar No. 15673980
SUSMAN GODFREY LLP
1000 Louisiana Street, Ste 5100
Houston , TX 77002-5096
Telephone:  (713) 651-9366
Facsimile:   (713) 654-6666
Email: amullins@susmangodfrey.com
Email: tpeacock@susmangodfrey.com

Brooke Ashley-May Taylor
Washington State Bar No. 33190

SUSMAN GODFREY LLP
1201 Third Avenue, Suite 3800
Seattle , WA 98101
Telephone:  (206) 516-3880
Facsimile:   (206) 516-3883
Email: btaylor@susmangodfrey.com

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 13th day of June, 2011, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ S. Calvin Capshaw